UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:18-CR-26

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROSS DOMINA SPRUILL | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 1 and its accompanying Order in the above-captioned case be unsealed by the Clerk and a copy of the Indictment be provided to the Defendant.

It is FURTHER ORDERED that the Clerk provide copies of the filed unsealed documents to the Defendant's attorney.

This the __1st__ day of August, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge